UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JARED BEEBE,<br><br>    Plaintiff<br><br>v.<br><br>TIM GARRET, et al.,<br><br>    Defendants | Case No. 2:24-CV-00084-APG-DJA<br><br>ORDER |

**I.    DISCUSSION**

    Court mail addressed to Plaintiff has been returned as "undeliverable." (ECF No. 6.) Further, according to the Nevada Department of Corrections ("NDOC") inmate database, Plaintiff is no longer at the address listed with the Court. The Court notes that pursuant to Nevada Local Rule of Practice IA 3-1, a "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. The notification must include proof of service on each opposing party or the party's attorney. Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." Nev. Loc. R. IA 3-1. This Court grants Plaintiff thirty (30) days from the date of entry of this order to file his updated address with this Court. If Plaintiff does not update the Court with his current address within thirty (30) days from the date of entry of this order, this case will be subject to dismissal without prejudice.

**II.    CONCLUSION**

    It is therefore ordered that Plaintiff shall file his updated address with the Court within thirty (30) days from the date of this order.

    It is further ordered that, if Plaintiff fails to timely comply with this order, this case will be subject to dismissal without prejudice.

    It is finally ordered that the Clerk of the Court send this order, and a courtesy copy of the

1  Court's screening order (ECF No. 5), to Plaintiff's address at: Jared Beebe, #86736, Pioche
2  Conservation Camp, P.O. Box 509, Pioche, Nevada 89043.

DATED: February 10, 2025

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE